UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**ARLENE D. GUMM, et al.,**

                Plaintiffs,                Case No. 16-CV-1093

-vs-

**ALEX A. MOLINAROLI, et al.**,

                Defendants.

**JOINT STIPULATION ON TIME TO ANSWER COMPLAINT**

WHEREAS, defendant Johnson Controls, Inc. ("JCI") was served with the complaint in this matter on August 17, 2016; and

WHEREAS, defendants Alex A. Molinaroli, Brian J. Stief, Greg Guyett, David P. Abney, Natalie A. Black, Julie L. Bushman, Raymond L. Conner, Richard Goodman, Jeffrey A. Joerres, William H. Lacy, Juan Pablo del Valle Perochena, and Mark P. Vergnano (the "Individual Defendants"), on August 23, agreed to waive service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure;

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and by JCI and the Individual Defendants (collectively, the "JCI Defendants"), through their respective undersigned counsel, that the time for the JCI Defendants to file their answers or otherwise respond to the complaint in this action shall be extended to, and include, October 24, 2016.

      Dated August 24, 2016

WAGNER LAW GROUP, S.C.

s/K. Scott Wagner
K. Scott Wagner

Attorneys for Plaintiffs and the Putative Class

**POST OFFICE ADDRESS**:
839 N Jefferson St, Suite 400
Milwaukee, Wisconsin 53202
Tel: 414-278-7000
Fax: 414-278-7590
ksw@WAGNER-LAWGROUP.COM

Dated August 24, 2016

FOLEY & LARDNER LLP

s/Philip C. Babler
Thomas L. Shriner, Jr., Bar No. 1015208
Bryan B. House, Bar No. 1022054
Kate E. Gehl, Bar No. 1081421
Philip C. Babler, Bar No. 1070437

Attorneys for JCI Defendants

**POST OFFICE ADDRESS**:
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-5601 (TLS)
(414) 297-5554 (BBH)
(414) 297-5279 (KEG)
(414) 297-5561 (PCB)
tshriner@foley.com
bhouse@foley.com
kgehl@foley.com
pcbabler@foley.com

4833-9231-5959.1