**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | |
|---|---|
| ARLENE D. GUMM, PAUL J. PONTIER, CYNTHIA PONTIER, DANNY HIGH, and MICHAEL F. HOLZHAUER, on behalf of themselves and all other similarly situated stockholders of JOHNSON CONTROLS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX A. MOLINAROLI, BRIAN J. STIEF, GREG GUYETT, DAVID P. ABNEY, NATALIE A. BLACK, JULIE L. BUSHMAN, RAYMOND L. CONNER, RICHARD GOODMAN, JEFFREY A. JOERRES, WILLIAM H. LACY, JUAN PABLO DEL VALLE PEROCHENA, MARK P. VERGNANO, JOHNSON CONTROLS, INC., JAGARA MERGER SUB LLC, and TYCO INTERNATIONAL PLC, <br><br> Defendants. | Case No. 16-cv-1093PP <br><br> **JURY TRIAL DEMAND** <br><br> **PLAINTIFFS' CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO EXTEND DUE DATE FOR <u>AMENDED COMPLAINT</u>** |

TO: Defendant Johnson Controls, Inc., by and through its attorneys, Bryan B. House, Foley & Lardner LLP, 777 E. Wisconsin Ave., Milwaukee, WI 53202.

PLEASE TAKE NOTICE that, pursuant to Civil L. R. 7(h), Plaintiffs, at a time to be determined, before the Honorable Pamela Pepper, United States District Court Judge, 517 E. Wisconsin Ave., Milwaukee, WI 5320, Courtroom 225**,** by telephone call, will and hereby do move for an Order in the form filed herewith, modifying the Court's Text Only Order dated September 14, 2016 to extend the date for filing an amended complaint.

Pursuant to Civil L.R. 7(h), Plaintiffs request:

- Expedited non-dispositive relief from the Court's Text Only Order dated September 14, 2016 to extend the date for filing an amended complaint, presently due

December 14, 2016.

- Pursuant to Civil L.R. 7(h)(1) and (2), ordering Defendants to respond hereto within one day.

## BASIS FOR MOTION

By its Text Only Order dated September 14, 2016, the Court approved the parties' stipulation (Dkt. No. 13) and ordered that "no later than thirty (30) days from the date the court signs an order appointing the lead plaintiff and counsel, the plaintiffs shall file an amended complaint." By its Order filed November 14, 2016 (Dkt. No. 40), the Court appointed Lead Plaintiffs and Lead Counsel. Accordingly, the amended complaint is due December 14, 2014.

On November 11, Defendants filed their response to Plaintiffs' motion for a preliminary injunction. Plaintiffs' reply was due December 1. The hearing on Plaintiffs' motion for a preliminary injunction is January 4, 2017.

Pursuant to Civil L. R. 37, on December 2, Plaintiffs requested of Defendants that they agree to extending the date for the amended complaint. Wagner Declaration. No response having been provided, Plaintiffs again on December 6 repeated the request via voicemail. *Id*. On December 7, Defendants responded and refused the request. *Id*.

Between November 11 and December 1, Lead Counsel was fully engaged in preparing Plaintiffs' reply to Defendants' opposition to Plaintiffs' motion for a preliminary injunction.

## ARGUMENT

Plaintiffs believe that the Court's ruling on Plaintiffs' motion for a preliminary injunction may significantly inform the preparation of an amended complaint. Pursuant to the Court's Text Only Order dated September 14, 2016, the Defendants have 45 days to answer or otherwise respond to the amended complaint. They have announced their intention to move to dismiss. Under the present schedule, Defendants will have the benefit of the Court's ruling on the pending motion for a preliminary injunction in formulating their arguments for dismissal. Plaintiffs submit that they should have the same opportunity in preparing the amended complaint.

The pending complaint (Dkt. No. 1) is 130 pages. The time between now and December 14 is insufficient to enable Plaintiffs to review and revise this complex complaint to incorporate the new information obtained in the course of pursuing the motion for a preliminary injunction.

Accordingly, Plaintiffs submit there is good cause to extend the date for filing an amended complaint until 30 days after the Court rules on Plaintiffs' motion for a preliminary injunction. In view of the time exigency and in view of the fact that Plaintiffs requested Defendants to agree to such an extension on December 2 but did not get a response until today, December 7, it is reasonable to order Defendants to respond hereto within one day.

Plaintiffs request that any oral argument deemed by the Court to be appropriate be by telephone conference call.

Dated: December 7, 2016

**WAGNER LAW GROUP, S.C.**
*s/ K. Scott Wagner*
K. Scott Wagner
839 N Jefferson St, Suite 400
Milwaukee, Wisconsin 53202
Tel: 414-278-7000
Fax: 414-278-7590
ksw@WAGNER-LAWGROUP.COM

*Liaison Counsel*

**LOCKRIDGE GRINDAL NAUEN PLLP**
Vernon J. Vander Weide
Gregg M. Fishbein
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401-2159
Tel: 612-596-4026
Fax: 612-339-0981
vjvanderweide@locklaw.com
gmfishbein@locklaw.com

*Lead Counsel*