UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ARLENE D. GUMM, PAUL J. PONTIER,
CYNTHIA PONTIER, DANNY HIGH,
MICHAEL F. HOLZHAUER, PETER J. SMYKLA,
CATHREEN W. CLARK, HENRY NISIEWICZ,
BRIAN ELLISON, GARY WIERSCHEM,
CARL KLEIN, DOUGLAS DECKER, GEORGE DOIG,
JOAN HILL, JAMES HILL, SR., JAMES HILL, JR.,
DOROTHY HILL, DOROTHY KONKOL,
ERNEST M. PETTIT, PETER HAUSER,
RAYMOND A. FISHER, JEFF DAVIS, SUSAN RAY,
JAMES M. MURPHY, WALTER RONDINI,
TOM ZUKOWSKI, KERMIT KIRBY,
REFORD H. COLEMAN, JOHN H. KENT,
CHARLES H. HARPER, PAUL KAPRELIAN,
LOUIS RAFFAELE, BERNETTE KOLBECK,
THOMAS KRUEGER, MARIANNE WHITE,
GERALD G. WHITE, ALBERT SECKINGER,
ALOIS J. EIGLMEIER, JOHN ALEXAKOS,
BILL LONG, DAVID DANIELS, JOYCE WERLEIN,
JON UDELL, ALBIN CASNERIS KACZMAREK,
PAUL SORRELL, LAURIE MILLER,
MARY ELLEN BENSON, MICHAEL GAETANI,
FRANK S. KROUSE, LORA PUGH-COLLINS,
HOWARD JENSEN, DIANE PUGH, DANIEL PUGH,
JEFF BURKARD, PHILIP ZERA,
LARRY E. PETRICEK, and DEBORAH E. FISHER,

Plaintiffs,

**JUDGMENT IN A CIVIL CASE**
Case No. 16-cv-1093-pp

v.

ALEX A. MOLINAROLI, BRIAN J. STIEF,
GREG GUYETT, DAVID P. ABNEY,
NATALIE A. BLACK, JULIE L. BUSHMAN,
RAYMOND L. CONNER, RICHARD GOODMAN,
JEFFREY A. JOERRES, ESTATE OF WILLIAM H. LACY,
JUAN PABLO DEL VALLE PEROCHENA,
MARK P. VERGNANO, JOHNSON CONTROLS, INC.,
JAGARA MERGER SUB LLC,
JOHNSON CONTROLS INTERNATIONAL PLC,
STEVEN JANOWSKI, and TYCO INTERNATIONAL PLC,

Defendants.

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

**THE COURT ORDERS AND ADJUDGES** that Counts I and II of the plaintiff's amended complaint are **DISMISSED WITH PREJUDICE**. Counts III through XII of the plaintiff's amended complaint are **DISMISSED WITHOUT PREJUDICE**.

**THE COURT DECLINES TO EXERCISE** supplemental jurisdiction over the plaintiff's state law claims.

**THE COURT ORDERS** that the motion to dismiss filed by defendants Molinaroli, Stief, Guyett, Abney, Black, Bushman, Conner, Goodman, Joerres, Estate of William H. Lacy, del Valle Perochena, Vergnano, Janowski, Johnson Controls, Inc., Jagara Merger Sub LLC, and Johnson Controls International LLC is **GRANTED**. Dkt. No. 55. Defendant Tyco International was previously dismissed.

**THE COURT ORDERS** that this case is **DISMISSED**.

Approved and dated in Milwaukee, Wisconsin this 3rd day of November, 2021.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk