# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 9, 2021

*Before*

**MICHAEL S. KANNE**, *Circuit Judge*
**DAVID F. HAMILTON**, *Circuit Judge*
**THOMAS L. KIRSCH II**, *Circuit Judge*

| No. 21-2926 | IN RE: <br> JCI SHAREHOLDERS GROUP, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 2:16-cv-01093-PP <br> District Judge Pamela Pepper ||

The following is before the court: **PETITION FOR A WRIT OF MANDAMUS**, filed on October 20, 2021, by the pro se petitioner.

In light of the district court's order issued on November 3, 2021,

**IT IS ORDERED** that the petition for writ of mandamus is **DENIED** as unnecessary.

form name: **c7_Order_3J**     (form ID: **177**)