# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| ARLENE D. GUMM, et al., on behalf of themselves and all other similarly situated stockholders of JOHNSON CONTROLS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX A. MOLINAROLI, et al., <br><br> Defendants. | Case No. 16-cv-1093-PP <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

      NOTICE IS HEREBY GIVEN that Lead Plaintiffs Peter J. Smykla, Cathreen W. Clark, Cynthia Pontier, Henry Nisiewicz, and Brian Ellison, on behalf of themselves and all other similarly situated stockholders of Johnson Controls, Inc., hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this matter on November 3, 2021 by the Clerk of Court as directed by an Order of the United States District Court for the Eastern District of Wisconsin (Pepper, CJ) dated November 3, 2021 granting Defendants' motion to dismiss the amended complaint.

Dated: December 1, 2021

                                      **MALLERY S.C.**
                                      *s/ K. Scott Wagner*
                                      K. Scott Wagner
                                      731 North Jackson Street, Suite 900
                                      Milwaukee, Wisconsin 53202-4697
                                      Tel: 414-727-6270
                                      swagner@mallery.com

                                      *Liaison Counsel for Lead Plaintiffs and the Putative Class*

**LOCKRIDGE GRINDAL NAUEN PLLP**
Vernon J. Vander Weide
Gregg M. Fishbein
Richard A. Lockridge
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401-2159
Tel: 612-596-4026
Fax: 612-339-0981
vjvanderweide@locklaw.com
gmfishbein@locklaw.com
ralockridge@locklaw.com

*Lead Counsel for Lead Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Notice of Appeal was filed electronically via CM/ECF on December 1, 2021 and served by the same means on all counsel of record.

      /s/   K. Scot Wagner