# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 1, 2021

**To:** Gina M. Colletti
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

>   Appellate Case No: 21-3234
>
>   Caption:
>   PETER J. SMYKLA, et al.,
>              Plaintiffs - Appellants
>
>   v.
>
>   ALEX A. MOLINAROLI, et al.,
>              Defendants - Appellees
>
>   District Court No: 2:16-cv-01093-PP
>   District Judge Pamela Pepper
>   Clerk/Agency Rep Gina M. Colletti
>
>   Date NOA filed in District Court: 12/01/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)