UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ARLENE D. GUMM, et al.,

        Plaintiffs,

-vs-                                                   Case No. 16-CV-01093

ALEX A. MOLINAROLI et al.,

        Defendants.

---

## NOTICE OF CROSS-APPEAL

---

      PLEASE TAKE NOTICE that the defendants, Alex A. Molinaroli, Brian J. Stief, Greg Guyett, David P. Abney, Natalie A. Black, Julie L. Bushman, Raymond L. Conner, Richard Goodman, Jeffrey A. Joerres, the Estate of William H. Lacy, Juan Pablo del Valle Perochena, Mark P. Vergnano, Johnson Controls, Inc. in its own right and as successor by merger to Jagara Merger Sub LLC, Johnson Controls International PLC, and Steven Janowski, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on November 3, 2021, insofar as it failed (as required by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(c)(1)-(2)), to include in the record specific findings regarding compliance by the plaintiffs' attorneys with each requirement of Rule 11(b) of the Federal Rules of Civil Procedure as to their complaint and amended complaint, and upon such findings to impose appropriate sanctions upon them. This cross-appeal is related to the appeal filed by the plaintiffs on December 1, 2021. (Dkt. 94.)

Dated: December 13, 2021

4886-4912-7941.1

*s/ Bryan B. House*
Thomas L. Shriner, Jr.
Bryan B. House
Philip C. Babler

FOLEY & LARDNER LLP
Thomas L. Shriner, Jr.
Bryan B. House
Philip C. Babler
777 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-5601 (TLS)
(414) 297-5554 (BBH)
(414) 297-5561 (PCB)
(414) 297-4900 Facsimile

*Attorneys for Defendants*